UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANDREW BRYANS,
KADE HUNTSMAN, M.D.,
CHENG-LUN SOO, M.D., and
JAMES ABRAMOWSKI,

        Plaintiffs,

v.                                                    Case No. 2:20-cv-01281-PP

TITAN SPINE, INC.,
MEDTRONIC, INC.,
PETER ULLRICH, M.D.,
KEVIN GEMAS,
RAGAN CHENEY,
SOUTHLAKE EQUITY GROUP, and
THOMAS KEENE,

        Defendants.

## ORDER TO REMAND

    Based on the Stipulation of the Parties,

    IT IS HEREBY ORDERED that this case is remanded back to Milwaukee County Circuit

Court.

                    BY THE COURT:


_____         _____
Date                            Hon. Pamela Pepper, Judge
                             United States District Court
                             Eastern District of Wisconsin